IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CODY HAWKE RITESMAN**                                                                                            **PLAINTIFF**

V.                                          **CASE NO. 5:22-CV-05219**

**OFFICER CENA; CORPORAL
CORLEY; CORPORAL MULVANEY; and
LIEUTENANT BRIAN ATCHLEY**                                                                  **DEFENDANTS**

<u>**ORDER**</u>

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 29) filed in this case on August 9, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED WITHOUT PREJUDICE for failure to obey court orders and failure to prosecute**, pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 29th day of August, 2023.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE